389 A.2d 676

Commonwealth v. Brown, Appellant.

Submitted June 13, 1977. Joseph R. Danella, for appellant; Duane Felton, Assistant District

Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.